**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**John DOTSON, Defendant–Appellant.**

No. 07–14492
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 6, 2008.

Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph P. Murrell, Federal Public Defender, Tallahassee, FL, for Defendant–Appellant.

Before DUBINA, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Randolph Murrell and Chet Kaufman, appointed counsel for John Dotson in this direct criminal appeal, have moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsels' assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED,** and Dotson's conviction and sentence are **AFFIRMED.**